# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

GREGORY FRANCIS TENNANT,

                        **CIVIL NUMBER: 3:22-cv-00043-SMR-SBJ**

    Plaintiff(s),

v.                             **JUDGMENT IN A CIVIL CASE**

SCOTT COUNTY, MARK FOWLER, in his official capacity as Iowa District Court Judge of Scott County, and ERIC SYVERUD, in his official capacity as Iowa Magistrate Judge of Scott County,

    Defendant(s),

☐ **JURY VERDICT.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **DECISION BY COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**:

This case is dismissed. Judgment in favor of Defendants and against the Plaintiff.

Date: July 27, 2022

                                  CLERK, U.S. DISTRICT COURT

                                  /s/ Brian Phillips

                                  By: Deputy Clerk